UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

RENE MESA,

                Plaintiff,

                                            Case No.: 1:13-cv-23131-UU

v.

NCO FINANCIAL SYSTEMS, INC., et. al.

                Defendants.
_____/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

      Plaintiff, Rene Mesa (Plaintiff), and Defendant, NCO Financial Systems, Inc. (NCO), by and through their undersigned counsel and Federal Rule of Civil Procedure 41, hereby submit this Joint Stipulation for Dismissal with Prejudice and state that this matter has been settled amicably. Plaintiff and NCO request entry of a Final Order of Dismissal with Prejudice, with each party to bear its own costs and attorneys' fees.

      DATED this 12th day of March, 2014.

Respectfully Submitted,

| | |
|---|---|
| /s/ Marilyn Maloy | / s/ Rachel A. Morris |
| Marilyn Maloy, Esq. | Rachel A. Morris, Esq. |
| Maloy Law Group, LLC | Florida Bar No. 0091498 |
| 540 NW 165 Street Road, Suite 210 | Dayle M. Van Hoose, Esq |
| Miami, Florida 33169 | Florida Bar No.: 0016277 |
| Phone #: (786) 483-7541 | Sessions, Fishman, Nathan & Israel, L.L.C. |
| Fax #: (305) 402-0204 | 3350 Buschwood Park Drive, Suite 195 |
| Email: marilyn@maloylaw.com | Tampa, FL 33618 |
| *Attorneys for Plaintiff* | Telephone:    (813) 890-2469 |
| *Rene Mesa* | Facsimile:    (866) 466-3140 |
| | rmorris@sessions-law.biz |
| | dvanhoose@sessions-law.biz |
| | *Attorneys for Defendant,* |
| | *NCO Financial Systems, Inc.* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 11th day of March, 2014, a copy of the foregoing document was filed via ECF providing notice to:

Marilyn L. Maloy, Esq.
Marilyn L. Maloy, Esq.
Maloy Law Group, LLC
540 NW 165 Street Road, Suite 210
Miami, Florida 33169
Email: marilyn@maloylaw.com
Service Email: service@maloylaw.com

                                             /s/ Rachel A. Morris
                                             Rachel A. Morris, Esq.