UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 1:13-cv-23131-UU

RENE MESA,

    Plaintiff,

v.

NCO FINANCIAL SYSTEMS,
INC., *et al.*,

    Defendants.
_____/

## ADMINISTRATIVE ORDER

THIS CAUSE is before the Court *sua sponte.*

THE COURT has reviewed the record and is otherwise fully advised in the premises. On March 12, 2014, The parties filed a Joint Stipulation for Dismissal with Prejudice, D.E. 30, which is effective without further action by the Court. Accordingly, it is hereby

ORDERED AND ADJUDGED that, for Administrative Purposes, this case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 12th day of March, 2014.

*/s/ Ursula Ungaro*

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record